FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

NOV 30 2005

at __ o'clock and __ min __
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>for the use and benefit of )<br>AMERICAN PIPING & BOILER )<br>CO., )<br>  )<br>           Plaintiff, )<br>  )<br>vs. )<br>  )<br>GLOBAL ENGINEERING AND )<br>CONSTRUCTION, INC.; et al., )<br>  )<br>           Defendants. )<br>_____ ) | CV. NO. 02-00653 JMS BMK<br><br>ORDER GRANTING MOTION TO<br>DISMISS ALL CLAIMS AND ALL<br>PARTIES WITHOUT PREJUDICE |

## ORDER GRANTING MOTION TO DISMISS ALL CLAIMS AND ALL PARTIES WITHOUT PREJUDICE

This court has before it a Motion to Dismiss All Claims and All Parties Without Prejudice. The motion was assigned a hearing date of December 7, 2005, and opposition memoranda were due on November 18, 2005, pursuant to Local Rule 7.4. Having received no opposition, this court grants the motion without a hearing. All claims against all parties are dismissed without prejudice.

//

//

The Clerk of the Court is directed to enter judgment, vacate pending motion hearing on December 7, 2005, and to close this case.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 30, 2005.

J. MICHAEL SEABRIGHT
UNITED STATES DISTRICT JUDGE

*USA for the use and benefit of American Piping & Boiler Co. v. Global Engineering, et al.,*
CV. NO. 02-00653 JMS-BMK; ORDER GRANTING MOTION TO DISMISS ALL CLAIMS AND ALL PARTIES WITHOUT PREJUDICE