

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| United States of America for the use and benefit of American Piping & Boiler Co.<br><br>    Plaintiff(s),<br><br>    V.<br><br>Global Engineering and Construction, Inc., et al.<br><br>    Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 02-00653JMS-BMK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>December 2, 2005<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the court grant's the Motion to Dismiss All Claims and All Parties Without Prejudice without a hearing. All claims against all parties are dismissed without prejudice pursuant to the "Order Granting Motion to Dismiss All Claims and All Parties without Prejudice" signed and filed by Judge J. Michael Seabright on November 30, 2005.

| December 2, 2005 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |